■ Suzanne Cordone et al., Respondents, Carrie A. Clough et al., Defendants, and Milton Lugo, Appellant.— Appeal from an order of the Supreme Court (Cobb, J.), entered June 11, 1990 in Ulster County, which, *inter alia,* denied defendant Milton Lugo's motion to dismiss the complaint against him for lack of jurisdiction.

Order affirmed, without costs, upon the opinion of Justice George L. Cobb. Mahoney, P. J., Weiss, Levine, Mercure and Harvey, JJ., concur.

(January 17, 1991)

■ In the Matter of David H. Swyer, for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, David H. Swyer, reinstated as an attorney and counselor at law in the State of New York, effective immediately. Casey, J. P., Mikoll, Yesawich, Jr., Levine and Mercure, JJ., concur.